UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | ORDER TO PERMIT PSYCHOLOGICAL EXAMINATION |
| -against- | : | |
| EVA RODRIGUEZ, | : | 06 Cr. 591 |
| Defendant. | : | |

WHEREAS, the above-named defendant, EVA RODRIGUEZ, inmate number 59165-054, is presently confined at the Metropolitan Correctional Center, 150 Park Row, New York, New York 10007, under the supervision and control of the United States Marshal and the Warden of the Metropolitan Correctional Center; and

WHEREAS, an application having been made by the United States by Jessica A. Masella and Jillian B. Berman, attorneys for the Government, and on the consent of defense counsel Marvin E. Schechter, Esq.;

IT IS HEREBY ORDERED that a psychiatric evaluation of the defendant's competency be conducted by a qualified psychologist or psychiatrist, to be designated by the Government, pursuant to Title 18, United States Code, Section 4241, to assess whether the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly

in her defense;

IT IS HEREBY FURTHER ORDERED the examination be conducted as expeditiously as possible and that a report be issued to the parties and the Court within approximately 30 days; and

IT IS HEREBY FURTHER ORDERED that the Warden of the Metropolitan Correctional Center, or whoever shall have the supervision and control of the defendant, shall provide a suitable place for the administration of a psychological examination.

Dated: New York, New York
December 28, 2006

HON. ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE